# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SOUZA MARTIN, | CASE NO. 1:08-cv-01386 DLB PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO RESPOND |
| v. | |
| THANIT HASADSRI, et al., | |
| Defendants. | FIFTEEN (15) DAY DEADLINE |

This is a civil action filed by plaintiff Joseph Souza Martin ("plaintiff"), a state prisoner proceeding pro. The action was removed from the Superior Court of California, County of Kings, by defendants Hasadsri, McGuinness, Kim and Schutt ("defendants") on September 15, 2008.

On September 25, 2008, plaintiff filed a motion to remand. (Doc. 5, 6). Defendants are HEREBY ORDERED to serve and file a response to plaintiff's motion to remand within fifteen (15) days of service of this order. Local Rule 78-230.

IT IS SO ORDERED.

Dated: **October 9, 2008**           /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1